**HYPOXICO INC., Plaintiff–Appellant**

v.

**COLORADO ALTITUDE TRAINING LLC, Defendant–Appellee.**

No. 2014–1544.

United States Court of Appeals, Federal Circuit.

June 18, 2015.

Roger Thompson, The Law Offices of Roger S. Thompson, New York, NY, argued for plaintiff-appellant.

Charles Davison Hoffmann, Hoffmann Marshall Strong LLP, New York, NY, argued for defendant-appellee. Also represented by Christopher Matthew Strong.

PROST, Chief Judge, REYNA and CHEN, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**